# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VASQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00196-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 7) |

Plaintiff George Vasquez is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 23, 2008. On April 8, 2009, the Court dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915(e). On May 6, 2009, Plaintiff was granted a thirty-day extension of time to file his amended complaint. More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///
///

1

1    Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with
2 prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under
3 section 1983.
4
5 IT IS SO ORDERED.
6 **Dated:**     **June 30, 2009**                              /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE