# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00196-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND MOTION TO APPOINT COUNSEL<br><br>(ECF No. 14, 15) |

On June 15, 2018, Plaintiff filed a motion for an extension of time to file a response to a motion to dismiss and on June 21, 2018, Plaintiff filed a motion to appoint counsel. (ECF Nos. 14, 15.) However, on November 12, 2009, this action was dismissed pursuant to Plaintiff's request under Rule 41(a) of the Federal Rules of Civil Procedure and the action was closed. (ECF No. 12 at p. 13; ECF No. 13.) There is no motion to dismiss nor are there any other deadlines in this action. This action has been closed since November 12, 2009, and there have been no new filings until the two documents recently filed by Plaintiff.

Accordingly, Plaintiff's motion for a forty-five day extension of time and motion to appoint counsel are HEREBY DENIED.

IT IS SO ORDERED.

Dated: __June 25, 2018__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1